MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
PO BOX 1809
BETHEL, ALASKA 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD CHARLIE, on behalf of his minor child, MARIAH CHARLIE,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. _____  Civ ( _____ )<br><br>COMPLAINT FOR DAMAGES |

      For his complaint, plaintiff, by and through counsel Power and Brown, LLC, alleges as follows:

Parties and Jurisdiction

      1.     This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. Jurisdiction is based on 28 U.S.C. § 1346(a)(2) and 1346(b).

      2.     Plaintiff submitted a timely administrative claim based on the facts alleged herein to the Department of Health & Human Services. More than six months has passed since the receipt of that claim, which has been neither admitted nor denied. The claim is deemed by plaintiff to be denied, pursuant to 26 U.S.C. § 2675.

4.     At the time of the conduct that forms the basis for the allegations in plaintiff's Complaint, the Scammon Bay Health Clinic, the Yukon Kuskokwim Health Corporation and the Alaska Native Medical Center were carrying out a compact agreement with the Indian Health Service, and are deemed to be part of the Indian Health Service in the Department of Health and Human Services of the United States of America pursuant to Public Law 101-512, Title III, section 314.

## Common Factual Allegations

5.     On July 26, 2005, Mariah Charlie presented to the Scammon Bay Health Clinic complaining of abdominal pain in her lower right quadrant.

6.     Plaintiff was diagnosed as having "possible appendicitis" and placed on an airplane for transport to the Yukon Kuskokwim Delta Regional Hospital (YKDRH) in Bethel, Alaska. The YKDRH was responsible for the arrangement and payment of plaintiff's transport.

7.     Upon arrival in Bethel, plaintiff was in extreme pain. Even so, she was forced to remain at the Bethel ticket counter for two hours because her ticket remained unpaid by YKDRH.

8.     Once at the YKDRH, plaintiff was in extreme pain but was forced to wait an additional three hours for a blood test. Eventually, she diagnosed was appendicitis. Plaintiff was scheduled to be medivaced to the Alaska Native Medical Center (ANMC) in Anchorage, Alaska, however, the transport was delayed for six to seven hours.

9.     Plaintiff arrived at ANMC at approximately 12:30 a.m. and underwent surgery where it was discovered that her appendix had already ruptured.

10.    The examination, care and control of the treatment of Mariah Charlie was performed by employees of the Scammon Bay Health Clinic, the Yukon Kuskokwim Health Corporation and the Alaska Native Medical Center, through the Department of Health and Human Services, an

agency of the United States of America. At all relevant times herein, said employees were acting within the scope of their employment.

10.     In the aforesaid examination, and control of the care and treatment of Mariah Charlie, the defendant's employees negligently failed to possess that degree of knowledge and skill ordinarily possessed and exercised at the time by other health care providers in the field or specialty in which they were practicing.

## Claims for Relief

11.     As a proximate result of negligence of the employees and agents of the defendant, Mariah Charlie suffered pecuniary damages.

12.     As a proximate result of negligence of the employees and agents of the defendant, Mariah Charlie experienced pain and suffering.

WHEREFORE plaintiff demands judgment for compensatory damages in excess of $100,000, the precise amount to be proven at trial, plus allowable costs, interest, and attorneys' fees.

RESPECTFULLY SUBMITTED this 5th day of May, 2006, at Bethel, Alaska.

POWER AND BROWN, LLC
Attorneys for Plaintiff

s/ Michele Power
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907) 543-4700
Fax: (907) 543-3777
E-mail: admin@powerbrown.com
ABA No. 9510047