MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
PO Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Richard Charlie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD CHARLIE, on behalf of his minor child, MARIAH CHARLIE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. A06-00104 CV (RRB) |

**AFFIDAVIT OF SERVICE**

STATE OF ALASKA           )
                          ) ss.
FOURTH JUDICIAL DISTRICT  )

      In accordance with Federal Rules of Civil Procedure 4(m), plaintiff certifies the following information regarding service of process:

      1.    This affidavit is made within 120 days following this Court's acceptance of plaintiff's complaint.

      2.    The defendant, United States of America has been served. Service of Process

was effected as follows:

    a.    By certified mail, return receipt requested on Deborah Smith, Acting U.S. Attorney, District of Alaska on May 15, 2006. Attached as Exhibit 1 is a copy of the return receipt.

    b.    By certified mail, return receipt requested on Alberto Gonzales, U.S. Attorney General, on May 18, 2006. Attached as Exhibit 2 is a copy of the return receipt.

END OF AFFIDAVIT.

DATED this 1 day of June, 2006, at Bethel, Alaska.

_____
Michele L. Power

SUBSCRIBED AND SWORN TO before me this 1 day of June, 2006, at Bethel, Alaska.

STATE OF ALASKA
OFFICIAL SEAL
SARAH DRONENBURG
NOTARY PUBLIC
My Commission Expires July 28, 2009.

_____
Notary Public in and for Alaska
My Commission Expires: 7/28/09

CERTIFICATE OF SERVICE

This is to certify that on the 1 day of June, 2006 a copy of this document was mailed to the person(s) listed below:

Deborah Smith, Acting U.S. Attorney
222 W. 7th Ave., #9 Room 253
Anchorage, Alaska 99513-7567

Alberto Gonzales
U.S. Attorney General, Main Justice Bldg.
10th & Constitution Ave.
Washington, DC 20530

By: _____
    Sarah Dronenburg

*Charlie v. USA*
A06-00104 CV (RRB)
Page 2 of 2