DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD CHARLIE, on behalf of his minor child, MARIAH CHARLIE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:06-cv-00104-RRB<br><br>**ANSWER TO COMPLAINT** |

    The United States of America, through counsel, and using the same numbering of paragraphs and sentences in Plaintiff's Complaint, admits, denies and alleges as follows:

<u>Parties and Jurisdiction</u>

1. Defendant admits the averments contained in this paragraph.

2. Defendant admits the averments contained in this paragraph.

4. (sic) Defendant admits the averments contained in this paragraph.

<u>Common Factual Allegations</u>

5. Defendant admits the averments contained in this paragraph.

6. Defendant asserts that Plaintiff was diagnosed with acute abdomen according to medical records, and that Plaintiff was transported to Yukon Kuskokwin Delta Regional Hospital. Defendant admits that it was responsible to arrange and pay for transportation to Anchorage.

7. Defendant lacks sufficient knowledge and information upon which to frame a response to this paragraph, but insofar as a response is required, deny.

8. Defendant admits Plaintiff had a blood test at YKDRH according to medical records, but it lacks information about a delay in receiving the results and therefore denies that allegation. Defendant admits Plaintiff was medivaced to Alaska Native Medical Center, but Defendant lacks sufficient knowledge and information upon which to frame a response to the remainder of this paragraph, but insofar as a response is required, deny.

9. Defendant admits Plaintiff underwent surgery at 12:30 a.m. according to medical records, but denies the remainder of this paragraph.

10. Defendant admits the averments contained in this paragraph.

10. (sic) Defendant denies the averments contained in this paragraph.

## Claims for Relief

11. Defendant lacks sufficient knowledge and information upon which to frame a response to this paragraph, but insofar as a response is required, deny.

12. Defendant denies the averments contained in this paragraph.

This paragraph contains the Plaintiff's prayer for judgment and as such requires no response, but insofar as a response is required, deny.

## Affirmative Defenses

1. Plaintiff fails to state a claim upon which relief may be granted.

2. Defendant did not breach a recognizable duty owed to Plaintiff.

3. In the event that Defendant is found negligent, which negligence defendant denies, such negligence was not the cause in fact or proximate cause of alleged damages suffered by Plaintiff.

4. The injuries and/or damages alleged in the complaint were not proximately caused by a negligent or wrongful act or omission of an employee of a

contractor of the United States contracted under the provisions of P.L. 93-638, acting within the scope of his or her employment and within the scope of the contract.

5. The Plaintiff's recovery, if any, should be restricted to damages allowable by Alaska's statutory and/or common law.

6. Defendant asserts that it has, or may have, additional affirmative defenses which are not known to Defendant at this time, but which may be ascertained through discovery. Defendant specifically preserves these and other affirmative defenses as they are ascertained through discovery.

7. Attorney's fees are taken out of any judgment or settlement and are governed by statute. 28 U.S.C. § 2678.

8. The Plaintiff is limited to $1,000,000.00 in damages, the amount set out in their administrative claim. 28 U.S.C. § 2675(b).

9. Plaintiff did not exhaust administrative remedies in regard to their allegation that there was a delay of three hours regarding a blood test.

Respectfully submitted this 14th day of July, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Susan J. Lindquist
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006,
a copy of the foregoing Answer was served
electronically on Michelle Power.


s/ Susan J. Lindquist