DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD CHARLIE, on behalf of his minor child, MARIAH CHARLIE,  Plaintiff,  v.  UNITED STATES OF AMERICA,  Defendant. | Case No. 3:06-cv-00104-RRB  **SCHEDULING AND PLANNING CONFERENCE REPORT** |

1.   **Meeting**.  In accordance with F.R.Civ.P. 26(f), a meeting was held on August 10,

2006, and was attended by:

   Michele L. Power, attorney for the plaintiff.

   Susan J. Lindquist, attorney for defendant

The parties recommend the following:

2. **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

   \_ have been exchanged by the parties

   X will be exchanged by the parties by September 1, 2006.

Preliminary witness lists

   \_ have been exchanged by the parties

   X will be exchanged by the parties by September 15, 2006

   Proposed changes to disclosure requirements: August 31, 2006

3. **Contested Issues of Fact and Law**.  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter: Liability and damages – see discovery plan.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues:

   1. The Plaintiff's issues are:

      Whether the medical treatment provided by the Yukon Kuskokwim Health Corporation to Mariah Charlie was below the standard of care;

      Whether the medical treatment provided by the Yukon Kuskokwim Health Corporation caused Mariah Charlie to experience pain and suffering, emotional distress and inconvenience;

      Whether the medical treatment provided by the Yukon Kuskokwim Health Corporation caused Mariah Charlie to suffer economic damages.

    2. Defendant's issues are:

    Whether the cause of action sounds in medical malpractice case.

    Whether there was any unreasonable transportation delay which caused Ms. Charlie damages.

B. All discovery commenced in time to be completed by June 1, 2007.

C. Limitations on Discovery

    1. Interrogatories.

    <u>X</u>  No change from F.R.Civ.P. 33(a)

    <u>  </u>  Maximum of ____ Interrogatories by each party to any other party. Responses due in ____ days.

    2. Requests for Admissions.

    No change from F.R.Civ.P. 36(a).

    <u>  </u>  Maximum of 30 requests. Responses due in 30 days.

    3. Depositions.

    <u>X</u>  No change from F.R.Civ.P. 30(a), (d).

    <u>  </u>  Maximum of ____ depositions by each party.

    <u>  </u>  Depositions not to exceed ____ hours unless extended by agreement of all parties.

D. Reports from retained experts.

    <u>  </u>  Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

<u>X</u> Reports due:

From plaintiff <u>February 1, 2007</u>   From defendant <u>March 1, 2007</u>

E. Supplementation of disclosures and discovery responses are to be made:

<u>X</u> Periodically at 60-day intervals from the entry of scheduling and planning order.

<u> </u> As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

<u>X</u> 45 days prior to the close of discovery.

<u> </u> Not later than ____

5. **Pretrial Motions**.

<u>X</u> No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). **[Check and complete all that apply]**

<u> </u> Motions to amend pleadings or add parties to be filed not later than ??.

<u> </u> Motions under the discovery rules must be filed not later than ??.

<u> </u> Motions in limine and dispositive motions must be filed not later than ??.

6. **Other Provisions**:

A. <u> X </u> The parties do not request a conference with the court before entry of the scheduling order.

<u> </u> The parties request a scheduling conference with the court on the following

issue(s):

B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

   <u> X </u>   This matter is not considered a candidate for court-annexed alternative

   <u>   </u> The parties will file a request for alternative dispute resolution not later than May 2007.

   <u>   </u> Mediation          <u>   </u>   Early Neutral Evaluation

C. The parties <u>   </u> do <u> X </u> not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   <u>   </u> All parties have complied        <u> X </u> Compliance not required by any party

7. **Trial**.

   A. The matter will be ready for trial:

      <u> X </u>   45 days after the discovery close date.

      <u>   </u> not later than <u>      </u>.

   B. The matter is expected to take 5 days to try.

   C. Jury Demanded: <u>   </u> Yes <u> X </u> No

      Right to jury disputed?    <u>   </u> YES  <u> X </u> NO


Dated: 8/21/2006                    Power and Brown LLC


                                    <u>  s/  Michele L. Power</u>
                                    By: Michele L. Power
                                    PO Box 1809
                                    Bethel, AK  99559

5

Phone: (907) 543-4700
Fax: (907) 543-3777
E-mail: admin@powerbrown.com
AK #9510047
Attorney for Plaintiff

DEBORAH M. SMITH
Acting United States Attorney

___s/___Susan J. Lindquist
Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053
Attorney for Defendant