NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD CHARLIE, on behalf of his minor child, MARIAH CHARLIE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:06-cv-00104-RRB<br><br>UNITED STATES' FINAL WITNESS LIST |

The government presents its final witness list.

1.      Richard Charlie
        c/o Michelle Power
        Power and Brown, LLC
        P.O. Box 1809
        Bethel, AK 99559
        Phone: 907-543-4700

Mr. Charlie is the father of Mariah.

2.      Dorraine Charlie
        (Also identified as Inez Charlie on SF 195)
        P.O. Box 175
        Scammon Bay, Alaska 99662
        Phone: 907-558-5804
        Phone: 907-591-2411 (Mt. Village, AK)

Ms. Charlie is the mother of Mariah and accompanied her to all healthcare appointments for this event.

3.      Issac Rivers
        Community Health Aide
        P.O. Box 161
        Kwethluk, AK 99621
        Phone: 907-757-6627

Mr. Rivers is a float health aide who first saw Mariah with her complaint and requested Medivac to Bethel ER.   His permanent address is in Kwethluk.

4.      Lenora Henry, Clerk
        Scammon Bay Clinic
        P.O. Box 150
        Scammon Bay, AK 99663
        Phone: 907-558-5511

She assisted Mr. Rivers in arranging for travel after the medivac was no longer able to come to Scammony Bay.  She will testify that tickets were purchased

for one airline, but the patient took the first available flight.  Due to the early morning hour, she was unable to change the authorization to the airline which actually transported Mariah to Bethel..

     5.       Unknown ERA Agent
             Administrative Office
             6160 Carl Brady Drive
             Anchorage, AK 99502

     Someone from ERA may have information about why The Charlie's were not allegedly not allowed to leave the tarmac in Bethel.

     6.       Lon K. Putnam, PA
             Yukon-Kuskokwim Health Corporation, Delta Clinic
             P.O. Box 2909
             Bethel, AK 99559
             Phone: 907-543-6135

     Mr. Putnam saw Mariah in the clinic and will testify that she was a walk-in patient whose vital signs did not present an emergency situation.  He transferred her to the E.R. after he had finished the tests required before possible transfer to Anchorage.  The E.R. had medical staff available to monitor Mariah while she awaited transport.

     7.       Andrew Swartz, MD
             Yukon-Kuskokwim Health Corporation, Delta Clinic
             P.O. Box 2909
             Bethel, AK 99559
             Phone: 907-543-6135

             PO Box 69
             Girdwood, AK 99587
             Phone: 907-783-0067

     Dr. Swartz practices family medicine and works only in the ER at YKHC and initiated the Aeromed transport request for transfer from Scammon Bay to Bethel

Charlie v U.S.
3:06-cv-00104-RRB          3

at around 1:30 a.m.

8.    Jill Seaman, M.D.
      Yukon-Kuskokwim Health Corporation
      PO Box 528
      Bethel, AK 99559
      Phone: 907-543-6278

Dr. Seaman practices family medicine and was the medical provider who saw Mariah at YKHC E.R.  She contacted an ANMC surgeon to secure Mariah's acceptance at ANMC.  She also contacted Aeromed for transport to Anchorage.  She will testify about the process for procuring a medivac and the procedures that need to take place at YKHC before the medivac.

9.    Heather Bear Cloud, RN
      Yukon-Kuskokwim Health Corporation
      PO Box 528
      Bethel, AK 99559
      Phone: 907-543-6278

Ms. Bear Cloud left YKHC in March, 2006 and last known address was in Montana.  Bear Cloud was the RN in the E.R. who tended to Mariah.

10.   Ronald Cain, Radiologist
      Yukon-Kuskokwim Health Corporation
      PO Box 528
      Bethel, AK 99559
      Phone: 907-543-6278

Mr. Cain interpreted the Echogram Abdomen Ltd. on Mariah.

11.   Alice Faye Gibson, RN
      Alaska Native Medical Center
      4141 Ambassador Drive
      Anchorage, AK 99508
      Phone: 907-729-1080

Ms. Gibson was the Admitting Nurse, Pediatrics, for Mariah.

12.    Dr. Mark Thorndike
Alaska Native Medical Center
4141 Ambassador Drive
Anchorage, AK 99508
Phone: 907-729-2744

Dr. Thorndike is the surgeon who performed the appendectomy on Mariah and he'll testify about his findings. He will testify about his experiences in treated appendicitis cases from bush Alaska and the prevalance of ruptured appendix.

13.    Brian Coover, Shift Supervisor
Aeromed Delta
4700 Business Park Boulevard, Suite E-25
Anchorage, AK 99503
Phone: 907-677-7501

Mr. Coover made the call to cancel original flight from Scammon Bay to Bethel as Mariah took a commercial flight and was already in Bethel at the ER.

14.    Dean Allen Lukin
PO Box 2692
Palmer, AK 99645-2962
(This was the last known address)

Mr. Lukin was the pilot with Grant Aviation in Bethel doing weather checks. He is no longer employed by them as of December 20, 2005.

15.    Scott Kirby, Operations Manager
Aeromed
4242 Business Park Boulevard, Suite E-25
Anchorage, AK 99503
Phone: 907-677-2246

Mr. Kirby has knowledge of the flights involving Mariah.

16.    Dennis Tranel, Flight Paramedic
       Aeromed
       4242 Business Park Boulevard, Suite E-25
       Anchorage, AK 99503
       Phone: 907-677-7501

Mr. Tranel was the paramedic on board when Mariah was transported to Anchorage from Bethel and he was the one who wrote on her chart for the flight.

17.    Harold Jopp, Flight Nurse
       Aeromed
       4242 Business Park Boulevard, Suite E-25
       Anchorage, AK 99503
       Phone: 907-677-7501 4242 Business Park Boulevard, Suite E-25
       Anchorage, AK 99503
       Phone: 907-677-7501

Mr. Jopp was on the flight with Mariah  from Bethel to Anchorage.  Mr. Jopp no longer works for Aeromed.

18.    Janet K. Allen, M.D.
       Pathologist
       Alaska Native Medical Center
       4141 Ambassador Drive
       Anchorage, AK 99508
       Phone: 907-729-1080

She will testify about her findings of Mariah's appendix.

19.    Tiara Peltola
       Travel Management Center Director
       Aeromed
       4700 Business Park Boulevard, Suite E-25
       Anchorage, AK 99502
       Phone: 907-677-7504, ext. 2222

Ms. Peltola is the YKHC travel manager and has information about how YKHC orders and pays for flights for patients.

20.     Michael O'Leary, R.N.
        FormerYKHC employee
        Moved to North Pole, Alaska

        He is the nurse who attended Mariah in YKHC's E.R.

21.     Any medical care providers.

22.     Anyone on Plaintiff's Witness List, except retained experts.

23.     Any custodian of documents.

24.     Any rebuttal witnesses.

Respectfully submitted this 18th day of April, 2007, in Anchorage, Alaska.

                        NELSON P.COHEN
                        United States Attorney

                        s/Susan J.Lindquist
                        Assistant U.S. Attorney
                        222 West 7th Ave., #9, Rm. 253
                        Anchorage, AK 99513-7567
                        Phone: (907) 271-5071
                        Fax: (907) 271-2344
                        E-mail: susan.lindquist@usdoj.gov
                        AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2007,
a copy of the foregoing UNITED STATES'
FINAL WITNESS LIST was sent electronically
to Michelle Power.

s/Susan Lindquist

Charlie v U.S.
3:06-cv-00104-RRB                    7