NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD CHARLIE, on behalf of his minor child, MARIAH CHARLIE,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 3:06-cv-00104-RRB<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

      The parties, through counsel, stipulate to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1) (ii). The parties are to bear their own costs and fees.

RESPECTFULLY SUBMITTED this 8th day of August, 2007, in Anchorage, Alaska.

| | |
|---|---|
| DATED: August 8th, 2007 | s/Michele Brown<br>Power & Brown LLC |
| | |
| | NELSON P. COHEN<br>United States Attorney |
| DATED: August 8th, 2007 | s/Susan Lindquist<br>Assistant U. S. Attorney<br>222 West 7th Ave., #9, Rm. 253<br>Anchorage, AK 99513-7567<br>Phone: (907) 271-3378<br>Fax: (907) 271-2344<br>E-mail: susan.lindquist@usdoj.gov<br>AK #9008053 |