IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD CHARLIE, on behalf of his minor child, MARIAH CHARLIE,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | ) Case No. 3:06-cv-00104-RRB<br>)<br>)<br>) **[PROPOSED]**<br>) **ORDER TO DISMISS WITH**<br>) **PREJUDICE**<br>)<br>)<br>)<br>)<br>) |

Based upon the government's stipulation to dismiss the case with prejudice, it is so ordered. The case is DISMISSED WITH PREJUDICE with each party to bear its own costs, expenses and fees.

_____       _____
    (DATE)                                        Robert R. Beistline
                                               United States District Court Judge